# 2184CV02248 Stag Williamsport, Llc vs. Bhn Associates, Llc et al

- Case Type:
- Contract / Business Cases
- Case Status:
- Open
- File Date
- 09/30/2021
- DCM Track:
- F - Fast Track
- Initiating Action:
- Sale or Lease of Real Estate
- Status Date:
- 09/30/2021
- Case Judge:
- 
- Next Event:
- 

All Information | Party | Tickler | Docket | Disposition

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/30/2021 | Complaint electronically filed. | 1 | Image |
| 09/30/2021 | Civil action cover sheet filed. | 2 | Image |
| 09/30/2021 | Plaintiff Stag Williamsport, Llc's Motion to appt spec process server | 3 | Image |
| 10/12/2021 | General correspondence regarding NOTICE OF DENIAL OF ACCEPTANCE INTO THE BUSINESS LITIGATION SESSION: This case came before the court for review after initial filing in the Business Litigation Session. However, after review, acceptance into the Business Litigation Session is denied. This case is referred to the Clerk's Office for reassignment.  Dated: Oct. 4, 2021  Notice sent 10/7/21 | 4 | Image |
| 10/12/2021 | Civil action cover sheet mailed re: Complaint | | |
| 11/01/2021 | Defendant First American Title Insurance Company's Assented to Motion to Enlarge Time to Respond to Complaint | 5 | Image |
| 11/01/2021 | Attorney appearance On this date Scott C Owens, Esq. added for Defendant First American Title Insurance Company | | Image |
| 11/02/2021 | Civil action cover sheet filed. Returned re: Complaint (E-Filed) | 6 | Image |
| 11/04/2021 | Case assigned to: DCM Track F - Fast Track was added on 11/04/2021 | | |
| 11/10/2021 | Endorsement on Motion to Enlarge Time to Respond to Complaint (#5.0): ALLOWED (dated 11/4/21) notice sent 11/8/21 | | Image |
| 11/29/2021 | Answer to original complaint Applies To: First American Title Insurance Company (Defendant) | 7 | Image |
| 12/01/2021 | 's | 8 | Image |
| 12/01/2021 | to filed by | 9 | Image |
| 12/01/2021 | Affidavit | 10 | Image |
| 12/01/2021 | 's | 11 | Image |