UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>BHN ASSOCIATES, LLC, FIRST AMERICAN TITLE INSURANCE COMPANY, and *in rem* against CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>               Defendants. | Case No.: 1:21-cv-11958-NMG<br><br>Assigned Judge:<br><br>**AFFIDAVIT OF SERVICE** |

**TO:** **United States District Court**
       **District of Massachusetts**

*Derick Nedd*, being duly sworn, deposes and says:

1.    I am over eighteen years of age, not a party to the action and employed by Exela Technologies.

2.    On December 6, 2021, I served true and correct originals and copies of the following:

       a.  Notice of Removal

to:

| | |
|---|---|
| Scott C. Owens, Esq.<br>First American Law Group<br>First American Title Insurance Company<br>800 Boylston Street<br>Suite 2820<br>Boston, MA  02199 | Benjamin M. Greene, Esq.<br>Arent Fox LLP<br>800 Boylston Street<br>32nd Floor<br>Boston, MA  02199 |

HF 14146388v.1

the *addresses* designated for that purpose, by depositing true copies thereof, enclosed in a wrapper addressed as shown above, into the custody **of Federal Express for overnight delivery**, prior to the latest time designated by that service for overnight delivery.

                                                       Derick Nedd

Sworn to before me this
day of December 7, 2021

_____
Notary Public

REDON SHEHAJ
Notary Public, State of New York
No. 01SH6421669
Qualified in Richmond County
My Commission Expires September 7, 2025

2

HF 14146388v.1