UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC, | Case No. 1:21-cv-11958-NMG |
| Plaintiff, | Assigned Judge: Nathaniel M. Gorton |
| v. | |
| BHN ASSOCIATES, LLC, FIRST AMERICAN TITLE INSURANCE COMPANY, and *in rem* against CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendants. | |

### DEFENDANT BHN ASSOCIATES, LLC'S
### MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) AND TO TRANSFER CASE UNDER 28 U.S.C. § 1404(a)

Pursuant Fed. R. Civ. P. Rule 12(b)(2) and 28 U.S.C. § 1404(a), Defendant BHN Associates, LLC ("BHN") respectfully moves to dismiss and/or to transfer venue to the United States District Court for the Eastern District of Pennsylvania.

As grounds for and in support of this Motion, BHN relies on and incorporates fully herein: (1) BHN's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 12(b)(2) and to Transfer Venue Pursuant to 28 U.S.C. § 1404(a); (2) the Declaration of Mordy Wider; and (3) the Declaration of Alan D. Kaplan and Exhibits thereto; all of which are filed herewith.

Date: December 13, 2021

        Respectfully submitted,

        */s/ Alan D. Kaplan*
        Alan D. Kaplan (BBO No. 258280)
        Herrick, Feinstein LLP
        2 Park Ave.
        New York, NY 10016
        p: (212) 592-1400
        f: (212) 592-1500
        e: akaplan@herrick.com

        *Attorneys for Defendant BHN Associates, LLC*

HF 14144362v.1