COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                                                 SUPERIOR COURT
                                                                            C.A. NO. 2184CV02248

STAG WILLIAMSPORT, LLC,
    Plaintiff

v.

BHN ASSOCIATES, LLC; FIRST AMERICAN TITLE
INSURANCE COMPANY; and, in rem CERTAIN
FUNDS HELD IN ESCROW BY THE BOSTON
OFFICE OF FIRST AMERICAN TITLE INSURANCE
COMPANY,
    Defendants

### ATTORNEY NOTICE OF CORRECT OF ADDRESS

As indicated on the appearance of Scott C. Owens, Esq. as counsel for Defendant First American Title Insurance Company ("First American") in this matter, counsel's address is properly as noted below. Nevertheless, the docket report shows counsel's prior firm address and contact information. Counsel has updated the PACER registration to reflect his correct address.

                                                                      Respectfully submitted,
                                                                      First American Title Insurance Company
                                                                      By its attorney:

                                                                      /s/ Scott C. Owens
                                                                      Scott C. Owens, Esq. (BBO#654406)
                                                                      First American Law Group
                                                                      800 Boylston Street, Suite 2820
                                                                      Boston, MA 02199
                                                                      617-772-9272
                                                                      sowens@firstam.com

December 16, 2021