UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STAG WILLIAMSPORT, LLC,**<br><br>                             **Plaintiff,**<br>     **v.**<br><br>**BHN ASSOCIATES, LLC, &**<br>**FIRST AMERICAN TITLE INSURANCE**<br>**COMPANY,**<br>**and** *in rem* **against**<br>**CERTAIN FUNDS HELD IN ESCROW BY THE**<br>**BOSTON OFFICE OF FIRST AMERICAN**<br>**TITLE INSURANCE COMPANY**<br>                             **Defendants.** | **Civil Action No.**<br>**1:21-cv-11958-NMG** |

**PLAINTIFF STAG WILLIAMSPORT, LLC'S REQUEST FOR LEAVE
TO FILE A SUR-REPLY IN OPPOSITION TO BHN ASSOCIATES, LLC'S
<u>MOTION TO DISMISS OR TRANFER VENUE</u>**

Pursuant to Local Rule 7.1(b)(3) of the Local Rules for the United States District Court for the District of Massachusetts, Plaintiff STAG Williamsport, LLC ("STAG" or "Plaintiff"), hereby requests leave to file a brief Sur-Reply, which will not exceed 7 pages, to be filed on or before January 19, 2022, to the Reply filed by Defendant BHN Associates, LLC ("BHN") in support of its Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue.

Good cause is shown by the request, because although BHN acknowledged the issue of *in rem* jurisdiction in its removal papers (Doc. 1, p.3 fn. 1), it failed to address the issue in its original motion filing. Consequently, BHN subsequently sought, and was granted leave, to file a Reply addressing this issue. Accordingly, STAG requests the opportunity to briefly respond to arguments raised in the BHN's Reply, which should have otherwise been raised in its original motion.

AFDOCS/25177231.1

Respectfully submitted,

STAG WILLIAMSPORT, LLC
By its attorneys,

/s/ *Benjamin M. Greene*
Benjamin M. Greene, BBO# 696850
Arent Fox LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
 (617) 973-6100
Benjamin.Greene@arentfox.com

Date: January 14, 2022

## CERTIFICATE OF SERVICE

I, Benjamin M. Greene, hereby certify that on this 14th day of January, 2022, I caused a copy of the within document to be filed and served on all counsel of record via the electronic filing system for the U.S. District Court, District of Massachusetts.

/s/ *Benjamin M. Greene*
Benjamin M. Greene

## CERTIFICATE OF CONFERENCE

I, Benjamin M. Greene, hereby certify that on this 14th day of January, 2022, I sought consent from BHN to file this request, which BHN stated it would not provide.

/s/ *Benjamin M. Greene*
Benjamin M. Greene
