IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>BHN ASSOCIATES, LLC, FIRST AMERICAN TITLE INSURANCE COMPANY, and *in rem* against CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>             Defendants. | Case No. 1:21-cv-11958-NMG<br><br>Assigned Judge: Nathaniel M. Gorton |

**DEFENDANT BHN ASSOCIATES, LLC'S**
**MOTION FOR AN EXTENSION OF TIME TO ANSWER**

Defendant BHN Associates, LLC ("BHN"), by and through its attorneys, hereby moves pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts for an extension of time to file its answer until August 22, 2022, and as good cause therefore states as follows:

1.     Pursuant to Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …." Indeed, "Rule 6(b)(1) gives the court wide discretion to grant a request for additional time that is made prior to the expiration of the period originally prescribed …." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2002).

"An application for the enlargement of time under Rule 6(b)(1) normally will be granted in the absence of bad faith on the party of the party seeking relief or prejudice to the adverse party."

2. On July 7, 2022, this Court denied BHN's motion to dismiss and/or transfer venue, and pursuant to Rule 12(a)(4)(A), BHN's answer is therefore due today, July 21, 2022.

3. BHN anticipates filing counterclaims against plaintiff STAG Williamsport, LLC ("STAG"), which will also require significant factual allegations concerning the parties' dealings pursuant to the provisions of the Purchase and Sale Agreement.

4. In addition to the extra time needed to prepare counterclaims, counsel for BHN has had and will have several conflicts since the Court's denial of the motion to dismiss and/or transfer venue that require an extension to time to properly respond to the complaint and prepare counterclaims. These conflicts include multiple discovery deadlines in a complex auditor malpractice action in July and August, an evidentiary hearing in early August, responsive pleadings due in two other matters in early August, all while juggling summer vacation schedules.

5. STAG would not be prejudiced by the modest 30-day extension requested herein.

6. STAG has consented to a one week extension. However, STAG's counsel indicated that it would not agree to a longer extension. First American stated that it takes no position either way on the timing of BHN's answer.

7. BHN has not previously requested an extension of time to file an answer.

**WHEREFORE**, BHN requests that this Court extend the time for filing BHN's answer to the Complaint until August 22, 2022.

Date: July 21, 2022

        Respectfully submitted,

        */s/ Alan D. Kaplan*
        Alan D. Kaplan (BBO No. 258280)
        Herrick, Feinstein LLP
        2 Park Ave.
        New York, NY 10016
        p: (212) 592-1400
        f: (212) 592-1500
        e: akaplan@herrick.com

        *Attorneys for Defendant BHN Associates, LLC*

**LOCAL RULE 7.1 CERTIFICATION**

 I, Alan D. Kaplan, hereby certify, pursuant to Local Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, that I have attempted to confer with counsel for Plaintiff and have attempted in good faith to resolve or narrow the issues in this motion.

              */s/ Alan D. Kaplan*
              Alan D. Kaplan (BBO No. 258280)

**CERTIFICATE OF SERVICE**

 I, Alan D. Kaplan, hereby certify that on July 21, 2022, a true and correct copy of the foregoing document was timely served electronically through this Court's CM/ECF system on all parties of record.

              */s/ Alan D. Kaplan*
              Alan D. Kaplan (BBO No. 258280)