

Alan D. Kaplan
Partner
212.592.1507
: 212.545.3342
akaplan@herrick.com

August 18, 2022

BY ECF

Hon. Nathaniel M. Gorton
United States District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re:  STAG Williamsport, LLC v. BHN Associates, LLC, 1:21-cv-11958-NMG**

Dear Judge Gorton:

We represent defendant BHN Associates, LLC in the above-referenced matter. We are writing pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts for an extension of time to file its answer from August 22, 2022 until September 21, 2022.

We are requesting this extension to allow time for the parties to schedule and attend a mediation that would resolve this litigation. On July 28th, plaintiff STAG Williamsport, LLC ("STAG") agreed in principle to attend a virtual mediation session and suggested, if we wanted to have the mediation before the August 22nd answer deadline, that we conduct the mediation the week of August 8th. Unfortunately, we were unable to locate a mediator with availability that week on such short notice. The earliest availability we could find was for August 24th. However, when we proposed this date STAG did not respond until August 16th that their "summer schedules" did not allow for mediation on August 24th, but that STAG remained open to a mediation "some time in September/October."

An extension until September 21st would allow the parties to prepare for and attend the mediation without expending potentially unnecessary resources in this action. Such a modest 30-day extension would not cause any undue prejudice to STAG.

STAG opposes our request for an extension. BHN has previously requested a 30-day extension, which the Court granted.

Respectfully submitted,

Alan D. Kaplan

**HERRICK, FEINSTEIN LLP**  Two Park Avenue   New York, NY 10016   Phone: 212.592.1400   Fax: 212.592.1500