United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| STAG Williamsport, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 21-11958-NMG |
| BHN Associates, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

1. Counsel have submitted letters to the Court in which defendants seek an extension of time to file an answer to the complaint (Docket No. 24) and plaintiff opposes that request (Docket No. 25.).

2. Counsel are forewarned not to file correspondence in lieu of pleadings in the future at risk of the return of such correspondence undocketed and the imposition of sanctions.

3. On this occasion, the Court will treat defendants' submission (Docket No. 24) as a motion for an extension of time. That motion is **DENIED** with the caveat that defendants may file

their answer or otherwise responsive pleading on or before Wednesday, August 31, 2022.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated August 19, 2022