IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC<br><br>         Plaintiff,<br><br>   v.<br><br>BHN ASSOCIATES, LLC, FIRST AMERICAN TITLE INSURANCE COMPANY, and *in rem* against CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>         Defendants. | Civil Action No. 1:21-cv-11958 NMG |

## NOTICE OF APPEARANCE

Please enter the appearances of William C. Nystrom, Esquire and Patrick L. Marinaro, Esquire as counsel for the defendant, BHN Associates, LLC.

Respectfully submitted,

BHN ASSOCIATES, LLC

By their attorneys,

/s/ Patrick L. Marinaro
William C. Nystrom (BBO #559656)
Patrick L. Marinaro (BBO #683280)
NYSTROM BECKMAN, & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
Tel:   (617) 778-9100
Fax:   (617) 778-9110
wnystrom@nbparis.com
pmarinaro@nbparis.com

Dated:  August 31, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of August, 2022.

<u>/s/ Patrick L. Marinaro</u>