UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STAG WILLIAMSPORT, LLC
          Plaintiff

v.                                 Civil Action Number  1:21-cv-11958 NMG

BHN ASSOCIATES, LLC ET AL.
          Defendant

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for  BHN ASSOCIATES, LLC  in this case.

Respectfully submitted,

/s/ Alan Kaplan
Attorney Name
Herrick, Feinstein LLP

2 Park Avenue

New York, New York 10016

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on  9/6/22 .

/s/ Alan Kaplan