UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STAG WILLIAMSPORT, LLC,
    Plaintiff

v.

Case No. 21-11958-NMG

BHN ASSOCIATES, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; and, in rem CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY,
    Defendants

### ORDER ON MOTION FOR DEPOSIT OF FUNDS INTO COURT REGISTRY

Upon consideration of the motion of Defendant First American Title Insurance Company, for itself and on behalf of certain funds held in escrow by the Boston office of First American Title Insurance Company, (collectively, "First American") for deposit of funds into court registry, it is hereby ordered that First American may tender to the Court for deposit into the Court's registry the sum of $450,000, plus any accumulated interest, where such amount shall remain pending further order of the Court. Upon such payment (a) First American is released, discharged and dismissed with prejudice from this action and from further attendance upon this cause; and (b) First American is released and discharged from any and all liability of any kind or nature whatsoever regarding the Escrow Agreement at issue in this action.

DATED: 10/17/2022

*Nathaniel M. Gorton*
~~Presiding Justice~~
United States District Judge