UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>                      Plaintiff,<br>v.<br><br>BHN ASSOCIATES, LLC, &<br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br>and *in rem* against<br>CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY<br>                      Defendants. | Civil Action No.<br>1:21-cv-11958-NMG |

**PLAINTIFF'S MOTION IN SUPPORT OF DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION FOR DEPOSIT OF FUNDS INTO COURT REGISTRY AND DISMISSAL OF <u>FIRST AMERICAN TITLE INSURANCE COMPANY</u>**

On September 8, 2022, Defendant First American Title Insurance Company ("FATIC") filed its Motion for Deposit of Funds into Court Registry and Dismissal of First American Title Insurance Company ("FATIC Motion"). *See* EFC Doc No. 30. FATIC requests an Order that it: (1) tender the Escrow Funds, plus any applicable accumulated interest, to the Court for deposit into the Court's registry; and (2) after depositing the Escrow Funds, be dismissed from this case with prejudice. Plaintiff STAG Williamsport, LLC ("STAG") joins and supports the FATIC Motion and the relief requested in the FATIC Motion.

*Motion denied as moot.*
*/s/ NM Gorton, USDJ 10/17/2022*

1

AFDOCS/26226488.1