UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STAG WILLIAMSPORT, LLC,**<br><br>                              **Plaintiff,**<br>         v.<br><br>**BHN ASSOCIATES, LLC, &**<br>**FIRST AMERICAN TITLE INSURANCE**<br>**COMPANY,**<br>**and** *in rem* **against**<br>**CERTAIN FUNDS HELD IN ESCROW BY THE**<br>**BOSTON OFFICE OF FIRST AMERICAN**<br>**TITLE INSURANCE COMPANY**<br>                              **Defendants.** | **Civil Action No.**<br>**1:21-cv-11958-NMG** |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff, STAG Williamsport, LLC ("STAG") and Defendant, BHN Associates, LLC ("BHN") hereby request a continuance of the Status Conference, currently scheduled for November 28, 2022. In support of this request the parties state the following:

1. STAG and BHN have agreed to partake in non-binding mediation on November 30, 2022.

2. It is in the best interest of the parties, and will preserve this Court's resources, if the Status Conference is continued to a date after the mediation.

3. The parties request that the Status Conference be rescheduled for December 19, 20 or 21, 2022.

Respectfully submitted,

STAG WILLIAMSPORT, LLC
By its attorneys,

/s/ *Benjamin M. Greene*
Benjamin M. Greene, BBO# 696850
Arent Fox LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
 (617) 973-6100
Benjamin.Greene@arentfox.com

BHN ASSOCIATES, LLC
By its attorneys

*/s/ Patrick L. Marinaro*
William C. Nystrom (BBO #559656)
Patrick L. Marinaro (BBO #683280)
NYSTROM BECKMAN, & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
Tel: (617) 778-9100
Fax: (617) 778-9110
wnystrom@nbparis.com
pmarinaro@nbparis.com

Avery Mehlman (pro hac vice forthcoming)
Joshua Herman (pro hac vice forthcoming)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 545-3424
amehlman@herrick.com
jherman@herrick.com

Date: October 31, 2022

## **CERTIFICATE OF SERVICE**

I, Benjamin M. Greene, hereby certify that on this 31st day of October, 2022, I caused a copy of the within document to be filed and served on all counsel of record via the electronic filing system for the U.S. District Court, District of Massachusetts.

/s/ *Benjamin M. Greene*
Benjamin M. Greene