# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Stag Williamsport, LLC )<br>*Plaintiff* )<br>v. )<br>BHN Associates, LLC )<br>*Defendant* ) | Case No. 21-11958-NMG |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BHN Associates, LLC.

Date: 12/21/2022

/s/ Avery Mehlman
*Attorney's signature*

Avery Mehlman (pro hac)
*Printed name and bar number*
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

*Address*

amehlman@herrick.com
*E-mail address*

(212) 592-5985
*Telephone number*

(212) 545-2340
*FAX number*