AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Stag Williamsport, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-11958-NMG |
| BHN Associates, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BHN Associates, LLC.

Date: 12/21/2022

/s/ Joshua Herman
*Attorney's signature*

Joshua Herman (Pro Hac)
*Printed name and bar number*
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

*Address*

jherman@herrick.com
*E-mail address*

(212) 592-1587
*Telephone number*

(212) 545-2340
*FAX number*