

**Joshua Herman**
Associate
Phone: 212.592.1587
Fax: 212.545.5074
jherman@herrick.com

January 31, 2023

**VIA ELECTRONIC FILING**

Magistrate Judge Robert B. Collings
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    *Stag Williamsport, LLC v. BHN Associates, LLC, et al.*,
                21-cv-11958-NMG-RBC

Dear Magistrate Judge Collings:

      I represent defendant BHN Associates, LLC in the above-referenced matter. Pursuant to Your Honor's January 17, 2023, Electronic Order (Dkt. 51), I have conferred with counsel to plaintiff STAG Williamsport, LLC, and we jointly propose July 18, 19, or 20, 2023, to conduct a mediation.

                                    Respectfully submitted,

                                      Joshua Herman

CC:    All Counsel of Record (via ECF)