UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>BHN ASSOCIATES, LLC,<br><br>　　　　　　　　　Defendant. | Civil Action No.<br>1:21-cv-11958-NMG |

**PLAINTIFF STAG WILLIAMSPORT, LLC'S ASSENTED MOTION TO MOVE TIME FOR HEARING ON DEFNENDANT BHN ASSOCIATES, LLC'S COUNSEL'S MOTION TO WITHDRAW REPESENTATION AND STAY PROCEEDINGS**

On July 5, 2023, this Court scheduled a remote hearing on Defendant BHN Associates, LLC's ("BHN") Motion to Withdraw as Counsel and Stay Proceedings, for July 10, 2023 at 11:00AM, before the Honorable Magistrate Judge Jennifer C. Boal. *See* Doc. 63 Counsel for Plaintiff STAG Williamsport, LLC's ("STAG"), has a conflict at that time, and respectfully requests that the hearing be moved to 10:30AM. Counsel for BHN has assented to this motion. No party will be prejudiced by this proposed change.

　　WHEREFORE, STAG respectfully requests that the July 10, 2023 hearing be moved from 11:00AM to 10:30AM.

AFDOCS:198493362.1

Respectfully submitted,

STAG WILLIAMSPORT, LLC
By its attorneys,

/s/ *Benjamin M. Greene*
Benjamin M. Greene, BBO# 696850
James H. Hulme, *admitted PHV*
ArentFox Schiff LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
 (617) 973-6100
benjamin.greene@afslaw.com
james.hulme@afslaw.com

Date: July 6, 2023

## CERTIFICATE OF SERVICE

I, Benjamin M. Greene, hereby certify that on this 6th day of July, 2023, I caused a copy of the within document to be filed and served on all counsel of record via the electronic filing system for the U.S. District Court, District of Massachusetts.

/s/ *Benjamin M. Greene*
Benjamin M. Greene
