UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>         Plaintiff,<br> v.<br><br>BHN ASSOCIATES, LLC, &<br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br>and *in rem* against<br>CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY<br>         Defendants. | Civil Action No.<br>1:21-cv-11958-NMG |

## JOINT REPORT ON MEDIATION

Plaintiff, STAG Williamsport, LLC ("STAG") and Defendant, BHN Associates, LLC ("BHN") have conferred, and in light of counsel for BHN's pending Motion to Withdraw, the parties agree that the Mediation scheduled for July 20, 2023 with the Honorable Magistrate Judge Robert B Collings should be postponed.

Respectfully submitted,

STAG WILLIAMSPORT, LLC
By its attorneys,

/s/ *Benjamin M. Greene*
Benjamin M. Greene, BBO# 696850
Arent Fox LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
 (617) 973-6100
Benjamin.Greene@arentfox.com

BHN ASSOCIATES, LLC
By its attorneys

*/s/ Patrick L. Marinaro*
William C. Nystrom (BBO #559656)
Patrick L. Marinaro (BBO #683280)
NYSTROM BECKMAN, & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
Tel: (617) 778-9100
Fax: (617) 778-9110
wnystrom@nbparis.com
pmarinaro@nbparis.com

Avery Mehlman (pro hac vice forthcoming)
Joshua Herman (pro hac vice forthcoming)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 545-3424
amehlman@herrick.com
jherman@herrick.com

Date: July 10, 2023

## **CERTIFICATE OF SERVICE**

      I, Benjamin M. Greene, hereby certify that on this 10th day of July, 2023, I caused a copy of the within document to be filed and served on all counsel of record via the electronic filing system for the U.S. District Court, District of Massachusetts.

/s/ *Benjamin M. Greene*
Benjamin M. Greene