UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>                                **Plaintiff,**<br>    v.<br><br>**BHN ASSOCIATES, LLC, &**<br>**FIRST AMERICAN TITLE INSURANCE COMPANY,**<br>**and** *in rem* **against**<br>**CERTAIN FUNDS HELD IN ESCROW BY THE BOSTON OFFICE OF FIRST AMERICAN TITLE INSURANCE COMPANY**<br>                                **Defendants.** | Civil Action No.<br>1:21-cv-11958-NMG |

## STATUS REPORT

Counsel for Defendant BHN Associates, LLC ("BHN") reports, pursuant to the Report and Recommendations of Magistrate Judge Jennifer C. Boal, dated July 11, 2023 (Doc. 68) (the "Report and Recommendations"), that on July 11, 2023, it provided an authorized representative of BHN with a copy of the Report and Recommendations via Email and Federal Express. BHN's contact information is:

    BHN Associates LLC
    Attn: Mordy Wider
    240 Adar Ct.
    Monsey, NY 10952
    (845) 596-1029

Respectfully submitted,

Counsel for BHN ASSOCIATES, LLC

William C. Nystrom (BBO #559656)
Patrick L. Marinaro (BBO #683280)
NYSTROM BECKMAN, & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
Tel: (617) 778-9100
Fax: (617) 778-9110
wnystrom@nbparis.com
pmarinaro@nbparis.com

/s/ *Joshua M. Herman*
Avery Mehlman
Joshua Herman
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 545-3424
amehlman@herrick.com
jherman@herrick.com

Date: July 11, 2023

## CERTIFICATE OF SERVICE

I, Joshua M. Herman, hereby certify that on this 11th day of July, 2023, I caused a copy of the within document to be filed and served on all counsel of record via the electronic filing system for the U.S. District Court, District of Massachusetts.

/s/ *Joshua M. Herman*
Joshua M. Herman

HF 15074719v.1