UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAG WILLIAMSPORT, LLC,<br><br>                                 **Plaintiff,**<br>   v.<br><br>BHN ASSOCIATES, LLC, &<br>FIRST AMERICAN TITLE INSURANCE<br>COMPANY,<br>and *in rem* against<br>CERTAIN FUNDS HELD IN ESCROW BY THE<br>BOSTON OFFICE OF FIRST AMERICAN<br>TITLE INSURANCE COMPANY<br>                                 **Defendants.** | Civil Action No.<br>1:21-cv-11958-NMG |

## STATUS REPORT

Counsel for Defendant BHN Associates, LLC ("BHN") reports, pursuant to the Order dated July 31, 2023 (the "Order,") [Doc. No. 72] accepting and adopting Magistrate Judge Boal's Report and Recommendation (the "Report and Recommendations"), that on August 10, 2023, it provided an authorized representative of BHN with a copy of the Order and the Report and Recommendations via Federal Express overnight. BHN's contact information is:

    BHN Associates LLC
    Attn: Mordy Wider
    240 Adar Ct.
    Monsey, NY 10952
    (845) 596-1029

Respectfully submitted,

Counsel for BHN ASSOCIATES, LLC

William C. Nystrom (BBO #559656)
Patrick L. Marinaro (BBO #683280)
NYSTROM BECKMAN, & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
Tel: (617) 778-9100
Fax: (617) 778-9110
wnystrom@nbparis.com
pmarinaro@nbparis.com

*/s/ Joshua M. Herman*
Avery Mehlman
Joshua Herman
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 545-3424
amehlman@herrick.com
jherman@herrick.com

Date: August 10, 2023

HF 15117883v.1