UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STAG WILLIAMSPORT, LLC,

      Plaintiff,

                                                                 Civil Action No. 21-11958-NMG

v.

BHN ASSOCIATES, LLC,

      Defendant.

_____

### **DEFENDANT'S STATUS REPORT – NOTICE OF COUNSEL**

As per the Honorable Magistrate Judge Jennifer C. Boal's July 11, 2023 Report and Recommendation that "BHN shall have thirty days to obtain successor counsel and/or file with the Court a status report with regards to its efforts to do so". (See Docket No. 57 at Pg 3.)

On or about August 16, 2023, the Defendant requested an extension from this Honorable Court, seeking additional time until September 6, 2023, to secure a successor-local/co-counsel.

Defendant can report that after putting in considerable effort, Defendant has successfully retained local/co-counsel who will be making an appearance within the next couple of days.

Sincerely,

BHN ASSOCIATES, LLC,
240 Adar Ct Monsey NY 10952