UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STAG WILLIAMSPORT, LLC,

                                Plaintiff,

  v.

BHN ASSOCIATES, LLC,

                               Defendant.

Civil Action No.
1:21-cv-11958-NMG

**AMENDED DEFAULT JUDGMENT AND ORDER**

As Defendant BHN Associates, LLC ("BHN") has been defaulted for failure to appear in this action in proper fashion, Plaintiff STAG Williamsport, LLC's ("STAG") is entitled to a default judgment in its favor and an award of damages in a sum certain. This case was originally filed by STAG on October 1, 2021. On October 19, 2022, the parties prior escrow agent deposited $450,657.57 with this Court. *See* Doc. 33. Pursuant to the provisions of the parties' contract STAG is entitled to the deposited funds and STAG's reasonable costs and attorney's fees expended in this action.

The Court therefore issues the following order:

1.     A default judgment shall enter in STAG's favor;

2.     An award of damages in the amount $450,000.00, plus prejudgment interest, at 12% per annum running from October 1, 2021;

3.     The Clerk will forthwith release all of the funds being held in escrow to STAG, plus accrued interest;

4.     Within thirty (30) days of this Order STAG may submit an application for an award of reasonable costs and attorney's fees.

AFDOCS:199058519.1

Date:  **11/7/2023**                                    **/s/ Nathaniel M. Gorton, USDJ**
                                                        United States District Judge